171 So. 756

### Frank BIVENS v. STATE.
#### 4 Div. 922.

Supreme Court of Alabama.
Jan. 7, 1937.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

Yarbrough & Beck, of Enterprise, for respondent.

PER CURIAM.

Petition of the State of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Bivens v. State, 171 So. 755.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.